**Motion Granted and Abatement Order filed November 8, 2011.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-11-00791-CV

———————

**MAN INDUSTRIES (INDIA), LTD., Appellant**
**V.**
**MIDCONTINENT EXPRESS PIPELINE, LLC, Appellee**

———————

### NO. 14-11-00892-CV

———————

**MIDCONTINENT EXPRESS PIPELINE, LLC, Appellant**
**V.**

**MAN INDUSTRIES (INDIA, LTD., PRIME PIPE INTERNATIONAL, Inc., and the BANK OF TOKYO-MITSUBISHI UFJ, LTD., Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-56539**

---

## A B A T E M E N T   O R D E R

On September 12, 2011, Man Industries (India), Ltd. filed a notice of appeal from the judgment signed August 29, 2011, and the appeal was assigned to this court under our appellate number 14-11-00791-CV. On September 23, 2011, Midcontinent Express Pipeline, LLC filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-11-00892-CV. On November 2, 2011,

Midcontinent Express Pipeline filed an unopposed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-11-00791-CV and 14-11-00892-CV **CONSOLIDATED.** The existing filing deadlines in case number 14-11-00791-CV will apply to both cases. The parties are directed to list both cause numbers on any documents filed with this court.


PER CURIAM